JS-6

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MEGAN NORTON,<br><br>         Plaintiff,<br><br>    v.<br><br>HOT TOPIC, INC.; et al., | Case No.: CV12-09195 PSG (RZx)<br><br>**~~PROPOSED~~ ORDER ON STIPULATION TO DISMISS ACTION** |

- 1 -

# [~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A. This action is dismissed *with prejudice* in its entirety pursuant to the terms of the settlement agreement entered into by Plaintiff and Defendants; and

B. The parties will each bear their own costs and fees incurred in connection with this action.

SO ORDERED.

Date: _____May 28___, 2013          By: __PHILIP S. GUTIERREZ__
                                         HONORABLE PHILIP S. GUTIERREZ